IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ANTHONY SANTE
BOTHWELL, JR.                                                                                               PLAINTIFF

v.                                        Case No. 1:24-cv-01079

JAIL ADMINISTRATOR GEAN
SIEGER; and OFFICER AJAHM
DAVIS                                                                                                      DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed July 1, 2025, by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 43). Judge Comstock recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice for failure to comply with the Court's Orders. (ECF No. 43, at 4).

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 43) *in toto*. Accordingly, the Court finds that Plaintiff's Complaint (ECF No. 1) should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 29th day of July, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge